**CATHERINE TAYLOR v. HUGH CULBREATH, as Sheriff etc.**

19 So. (2nd) 510                                   June Term, 1944
October 31, 1944                                         Division A

*Bryan & Bryan,* for appellant.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

Upon consideration of the motion to dismiss the appeal in this cause it appearing that the charge against appellant has been dismissed and that she has been discharged from custody, it is ordered that the cause be remanded to the circuit court with directions to enter an order discharging petitioner under the writ of habeas corpus.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.